**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

---

No. 05-2824

CHUKWUMA E. AZUBUKO,

Plaintiff, Appellant,

v.

MBNA AMERICA BANK
and EXPERIAN INFORMATION SYSTEMS, INC.,

Defendants, Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Robert E. Keeton, Senior U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

Chukwuma E. Azubuko on brief pro se.
Robert F. Chapski and Baker, Donelson, Bearman, Caldwell, and Berkowitz, P.C., on brief for appellee MBNA America Bank.
Mark H. Weintraub and Jones Day, on brief for appellee Experian Information Solutions, Inc.

---

May 12, 2006

---

**Per Curiam**.  Appellant Chukwuma E. Azubuko appeals from the judgment of the district court dismissing his complaint with prejudice.  We have carefully reviewed the parties' briefs and the record and affirm this judgment for essentially the reasons set out in the district court's thorough opinion.  See Azubuko v. MBNA America Bank, 396 F. Supp. 2d 1 (D. Mass. 2005).

Summarily affirmed.  See Local Rule 27(c).